UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-61552-WILLIAMS

BRIGITTE TAITZ,

    Plaintiff,

vs.

ASTRA BUSINESS SERVICES PRIVATE
LIMITED CORP., and CASCADE CAPITAL, LLC

    Defendant.
_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** is before the Court on the Parties' joint stipulation for dismissal with prejudice. (DE 10). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 15 day of October 2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE